# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **KIMBERLY HILL** | : | **CASE NO. 3:17-cv-00334** |
| Plaintiff, | : | Judge Thomas M. Rose |
| vs. | : | |
| **CITY OF DAYTON POLICE DEPARTMENT, ET AL.** | : | **NOTICE OF FILING DEPOSITION TRANSCRIPT** |
| Defendant. | : | |

_____

Defendants hereby give notice of the filing of the Deposition Transcript of Kimberly Hill to be used in support of its Summary Judgment Motion filed with this Court.

Respectfully submitted,

**BARBARA J. DOSECK**
**DIRECTOR OF LAW**

By <u>S/ LEONARD J. BAZELAK</u>
Leonard J. Bazelak #0064023
Senior Attorney
John C. Musto #0071512
Chief Trial Counsel
101 West Third Street
P.O. Box 22
Dayton, Ohio 45401
Tel. (937) 333-4105
Fax  (937) 333-3628

## **CERTIFICATE OF SERVICE**

   This is to certify that a copy of the foregoing has been sent by electronic mail upon the following, this 16th day of April, 2018:

Chanda L. Brown (0081076)
Sean L. Walton (0088401)
WALTON + BROWN, LLP
20 S. Third Street, Suite 210
Columbus, Ohio 43215
Telephone: (614) 636-3476
Facsimile: (614) 636-3453
Email:  cbrown@waltonbrownlaw.com
     swalton@waltonbrownlaw.com

            S/ LEONARD J. BAZELAK
            Leonard J. Bazelak #0064023
            Senior Attorney