# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION
### EMPLOYMENT

Agency Use Only
☒ FEPA
☒ EEOC

CHARGE NUMBER: (Agency Use Only)
(DAY) A6 (25679) 05102016

**EXHIBIT C**

Completely Fill in the Following

**Name of Charging Party (First Middle Last):** Kimberly A. Hill
**Address:** 19 Hawthorn Street
**City:** Dayton **State:** OH **Zip Code:** 45402 **County:** Montgomery
**Telephone Number:** 937-572-8323
**Date(s) of Discrimination:** October 2015 to May 10, 2016

**Name of Company:** City Dayton Police Department
**Address:** 101 W. Third Street
**City:** Dayton **State:** OH **Zip Code:** 45402 **County:** Montgomery
**Telephone Number:** 937-333-3333
**Total Number of Employees:** 25+
**Date of Hire:** October 1988

**I believe I was discriminated against because of my: (Please identify)**

☒ Race/Color African American
☒ Sex Female
☐ Disability
☐ Military Status
☒ Age (Over 40 years old only - List Date of Birth) 9/03/1959

☐ Religion
☐ National Origin/Ancestry
☒ Retaliation complained of discriminatory

FOR AGE CASES ONLY: I have not commenced any action under sections 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

**Type of Discrimination:**

☐ Demotion
☐ Failure to Hire
☐ Layoff
☒ Other (Specify) hostile work environment; terms and conditions of employment
☐ Discharge/Termination
☐ Forced to Resign
☒ Promotion
☐ Discipline
☒ Harassment/Sexual Harassment
☐ Reasonable Accommodation

**Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.**

I. I am an African American Female. I have been employed since October 1988, at Dayton Police Department as a Police Officer, Police Sergeant to Lieutenant. I have complained for years about discriminatory treatment and failure to support and promote; and a hostile work environment that has prevailed.

II. In the distant and very recent past, I have been subjected to a hostile environment and harassing conduct on every level of contact from upper managers and majors; exposing me to hostility and lack of respect from subordinant staff and allowed by upper administrators to persist. In March, 2016, the position of Major was posted. Respondent changed the position requirements in order to disqualify me.

III. I believe that I was subjected to harassment, hostile work environment, failure to promote due to retaliation, race, female status and/or age as shown in many ways:

A. The requirements for the Major position were changed when I was up for the position, usually filled arbitrarily; going by seniority, a degree and years of experience. The position was not posted, as is usually done, when it was vacant in August, 2015. Caucasian males have assumed this position for years, without question, change or application.

B. My authority, respect and rank and position has been systematically undermined and overruled by Caucasian and male dominated Major figures for years to present. I have chronicled the decline of respect and authority oversight that has occurred.

C. Staff and Upper Administrators, have excluded me from exercising authority; communications, meetings, appointments; failed to assist or stop demeaning and derogatory treatment for years resent due to race, sex, age and retaliation.

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance to their procedures.

**Charging Party Signature:** Kimberly G. Hill **Date:** 5/10/16

Notary or Ohio Civil Rights Commission Representative
Subscribed and sworn to before me on this 10th day of May, 2016

Notary or Commission Representative