# OHIO CIVIL RIGHTS COMMISSION
## CHARGE OF DISCRIMINATION
### EMPLOYMENT

**Agency Use Only**
☒ FEPA
☒ EEOC

**CHARGE NUMBER:** (Agency Use Only)
(DAY) 76 (25715) 05262016

EXHIBIT D

Completely Fill in the Following

**Name of Charging Party (First Middle Last):** Kimberly A. Hill
**Address:** 19 Hawthorn Street
**City:** Dayton **State:** Oh **Zip Code:** 45402 **County:** Montgomery
**Telephone Number:** 937-572-8323
**Date(s) of Discrimination:** May 26, 2016

**Name of Company:** City of Dayton Police Department
**Address:** 101 W. Third Street
**City:** Dayton **State:** OH **Zip Code:** 45402 **County:** Montgomery
**Telephone Number:** 937-333-3333
**Total Number of Employees:** 25+
**Date of Hire:** October, 1988

**I believe I was discriminated against because of my: (Please identify)**

☒ Race/Color
☐ Sex
☐ Disability
☐ Military Status
☐ Age (Over 40 years old only - List Date of Birth)

☐ Religion
☐ National Origin/Ancestry
☒ Retaliation

FOR AGE CASES ONLY: I have not commenced any action under sections 4112.14 or 4112.02(N), Revised Code with respect to the subject matter of the affidavit. I understand that upon filing of this charge with the Ohio Civil Rights Commission, I am barred from instituting any such civil action and that any monetary award or financial benefit I may receive may be limited to back pay and/or restoration of employment fringe benefits and may not include other damages to which I may be entitled as a result of such civil action.

**Type of Discrimination:**

☐ Demotion
☐ Failure to Hire
☐ Layoff
☒ Other (Specify) terms and conditions of employment

☐ Discharge/Termination
☐ Forced to Resign
☒ Promotion

☐ Discipline
☒ Harassment/Sexual Harassment
☐ Reasonable Accommodation

Please write a brief but detailed statement of the facts that you believe indicate an unlawful discriminatory practice. Please write legibly.

I. I am an African American who filed a charge of discrimination with the Ohio Civil Rights Commission against Respondent on 5/10/2016. Respondent has been in receipt of the charge for at least 2 weeks..

II. Recently, I received information via e-mail that the position (of Major) I was allegedly disqualified for, was going to be 'posted' again 'due to confusion concerning minimum qualifications.' I was advised to apply before deadline to be considered; that I do now meet minimum qualifications. I believe that Respondent is continuing to be deceptive and discriminatory.

III. I believe this is further retaliation and denial of promotion due to race as shown in the following ways:

A. Few, if any, of the current majors and upper commands have met the now posted criteria or were vetted through the city's HR Department yet they were awarded promotions based on seniority and by race and sex also. Now that I am in line for the position of Major the following has ocurred;
1. The job was left unfilled since August, 2015. Respondent never explained why but it's never happened before.
2. The posted, but unknown related degrees qualification appeared in order meet a white female and a male candidate, with 10 years less seniority that allows Respondent to select someone seemingly more qualified than me. Respondent is encouraging me to apply now to disqualify me later.

B. The work place continues to be frustrating, hostile, demeaning and disrespectful. Upper authority has not addressed the lack of assistance, respect or direction I have been subjected to. I will, however, continue to do my job.

C. With 27 years of Dayton Police experience, rank of Lieutenant; having held positions of authority and holding a longtime Bachelors degree, I am highly qualified and my selection to Major should be supported and equal to the White males before me and current.

I declare under penalty of perjury that I have read the above charge and that it is true to the best of my knowledge, information and belief. I will advise the agency(ies) if I change my address or telephone number and that I will cooperate fully with them in the processing of my charge in accordance with their procedures.

Kimberly A. Hill 5/26/16
Charging Party Signature / Date

Notary or Ohio Civil Rights Commission Representative
Subscribed and sworn to before me on this 26 day of May 2016

Notary or Commission Representative