

**The Kettering Group**

**TKG**

James M. O'Dell
Consultant

law enforcement consulting

June 13, 2016

Mr. Kenneth R. Couch, Human Resources Director
City of Dayton
101 W. Third Street
Dayton, OH 45402

Dear Mr. Couch:

Thank you for selecting The Kettering Group to conduct your assessment for Police Major. As you are aware, four exercises were administered to five candidates Thursday, June 9, 2016.

Enclosed are the candidates' final scores and notable remarks from the assessment team. Please call me at 937-298-9599 if you have questions.

On behalf of my colleagues Chief Patrick Oliver and Lieutenant Colonel Cindy Combs Roth, thank you for your hospitality and kindness.

Sincerely,

James M. O'Dell, Principal
Lead Consultant

**EXHIBIT**

E



# Dayton
# Police Department

Position:
**Police Major**

Assessment Center Conducted:
**Thursday, June 9, 2016**

Report Prepared By:

**The Kettering Group**

Assessment Center Final Report

# ASSESSMENT CENTER FINAL REPORT

## ASSESSMENT TEAM

The selection of an experienced, qualified team is a critical part of an assessment process. The assessment team was selected based on level of skill and training for promotional processes, as well as experience in similar agencies. The Chief of Police for the Dayton Police Department approved the following assessors:

- James M. O'Dell, Chief of Police (Ret.), Kettering, Ohio
- Patrick Oliver, Chief of Police (Ret.), Fairborn, Ohio
- Cindy Combs Roth, Lieutenant Colonel (Ret.), Cincinnati, Ohio

## Assessment Team Biographies

### Chief James M. O'Dell
#### Lead Consultant

Chief O'Dell served as Chief of Police at Kettering, Ohio, since 1985. The Kettering Police Department is comprised of 83 sworn officers and 26 non-sworn personnel, has an operating budget of $12.6 million dollars and serves a community of nearly 60,000 people. Chief O'Dell holds both a Bachelor's and a Master's degree in Business Administration and Education from Emporia State University located in Emporia, Kansas.

Chief O'Dell is a graduate of the FBI National Academy, as well as CLEE. Chief O'Dell is a member of the International Association of Chiefs of Police (IACP), as well as the Ohio Association of Chiefs of Police (OACP). In 1997, Chief O'Dell was appointed a Commissioner for the Commission on Accreditation for Law Enforcement (CALEA). In March of 2002, Chief O'Dell was selected to be Chair/President of the CALEA Commission. In 2003, Chief O'Dell was appointed to the IACP Executive Board. From 2006 to 2008, Chief O'Dell was appointed interim Public Safety Director overseeing the police and fire departments. He is Past President of Montgomery County Association of Police Chiefs. O'Dell has a total of 45 years of policing experience—30 of which as Kettering's Chief of Police.

### Chief Patrick Oliver
#### Consultant

Patrick Oliver is currently Associate Professor of Criminal Justice and Director of the Criminal Justice Program for Cedarville University. He recently served as Chief of Police for the City of Fairborn, Ohio. He previously served as Chief of Police in Grandview Heights and Cleveland, Ohio. He also served as Ranger Chief of the Cleveland Metropolitan Park District.

Assessment Center Final Report | 6/9/2016

1

Other law enforcement experience includes 11 years as a trooper with the Ohio State Highway Patrol. He is a 1989 graduate of Penn State University Police Executive School, a graduate of the FBI's Law Enforcement Executive Development School in 1993, and a graduate of the Ohio Association Chiefs of Police Executive Leadership College in 1994.

He became a Certified Law Enforcement Executive (CLEE) in 1996. He is also a graduate of the rural Executive Management Institute. Oliver holds a Bachelor of Arts Degree in Criminal Justice and a Master's Degree in Business Administration from Baldwin Wallace College, Berea, Ohio. He has a Ph.D. in Leadership and Change from Antioch University.

## Lieutenant Colonel Cindy Combs Roth
### Consultant

Lieutenant Colonel (Ret.) Cindy M. Combs Roth joined the Cincinnati Police Department in 1980, rising through the ranks to the position of Assistant Chief in October of 2001. She retired in 2012 after having served in various command/supervisory assignments. She co-developed Cincinnati's national award winning Neighborhood Enhancement Program, which is being replicated as far away as Seattle, Washington.

Lt. Col. Roth is a graduate of the University of Cincinnati where she obtained her Associate, Bachelor and Master's Degrees in Criminal Justice. Roth is also a graduate of Leadership Cincinnati, WE Lead, PERF's Senior Management Institute for Policing, Leadership America, the Police Executive Leadership College (PELC), and the University of Cincinnati's Executive Program. She has held leadership positions with several professional and community service organizations including having served as Treasurer, Vice President and President of the PELC Alumni Association and two terms as President of the Hamilton County Police Association.

Roth has served as an assessor for numerous entities/cities since 1995 and continues to work as a Subject Matter Expert developing promotional testing for EB Jacobs and Associates. She also assisted in the development and writing of promotional exams for the ranks of Lieutenant and Captain with the Cincinnati Police Department. Additionally, Roth is an Instructor for the University of Louisville/Southern Police Institute's Chief Executive Leadership program and has presented on topics such as Intelligence Led Policing, Problem Solving, Technology and Data Applications in Policing, Leadership, Domestic Violence and Forming Effective Partnerships to Address Quality of Life Issues at numerous regional and national conferences. She also works as a consultant/relationship manager for a public safety software company

## ASSESSMENT EXERCISES

### Written Problem

The purpose of a written problem-solving exercise in a police assessment process is to test the candidate's skills in perceiving a problem and then being able to gather sufficient data to document a solution to the concern. Critical to this process are the candidate's formal writing ability and the capability of translating mental processes into a documented form. This written problem-solving exercise is designed for the candidates to formulate situational data and related facts into a workable plan of action in a specific time frame.

Dimensions: Written communication; problem analysis; judgment; and planning and organizing.

### Structured Oral Presentation

The purpose of a structured oral presentation is to give the assessors an opportunity to observe the candidate's ability to present ideas or tasks to an individual or group when given time for preparation, to include non-verbal communication. Also, by choosing a relevant topic, it gives the assessors an opportunity to gauge the candidate's knowledge in that area. The structured oral exercise is designed to measure the candidate's ability to comprehend the material presented, plan the presentation of the information, make the appropriate preparation for the presentation, present the information in a logical, sequential manner and be prepared to respond to inquiries appropriately.

Dimensions: Oral communication; problem analysis; interpersonal insight; and planning and organizing.

### Citizen Interaction Exercise

The citizen interaction session is a form of interpersonal face-to-face communication that takes place between the candidate and a concerned citizen. In this exercise the candidate must be aware that his/her every word or gesture may in some way affect the perception of the individual being interviewed. The actual session is a verbal exchange between the two principals. A citizen interaction session is important for the candidate to demonstrate their ability to lead and work effectively with others and to identify and resolve problems. Also important is the ability to gather information in oral communications and to convince others that one is interested in what is being said.

Dimensions: Oral communication, planning and organizing, judgment and decisiveness

## Structured Oral Presentation Simulation

In this simulation exercise the candidate typically assumes the role of a supervisor. The objective of the simulation/role-playing exercise is to evaluate how the candidate handles participating in a "live" role play. Candidates are evaluated on how well they interact or respond to others. Simulation exercise is varied in the format that is used, sometimes taking the form of subordinate counseling, a press conference or oral presentation before a citizens' group.

Dimensions: Oral communication, planning and organizing, judgment and decisiveness

## CANDIDATE EVALUATIONS

Each candidate is graded by each assessor and given a numeric score for each dimension, along with his or her strengths and areas for improvement. Previously, the assessors have met to review each exercise and discuss key elements contained in each exercise. In addition, each of the exercises is scored independently by each assessor after thorough consideration of the candidate's performance. A scale of 5 to 10 points is given for each dimension within each exercise. Once the assessors have completed their independent scoring of each exercise, a consensus discussion is held to determine whether a variance in score of more than one point exists in any dimension. If a greater variance exists, the assessors will discuss the performance on that dimension to determine the cause of the variance. Usually this discussion results in scores coming within the variance parameter. In addition, the assessors take notes throughout each candidate's performance in the exercises, which are used to prepare the Candidate Summary report.

## CANDIDATE SUMMARY

### Candidate Scores

| CANDIDATES | WPE | SOP | CIE | SOPS | Total |
|---|---|---|---|---|---|
| Matthew Dickey | 80.83 | 73.33 | 70.83 | 75.00 | 75.00 |
| Eric Henderson | 85.00 | 90.00 | 92.50 | 90.83 | 89.58 |
| Wendy Stiver | 89.17 | 87.50 | 75.83 | 86.67 | 84.79 |
| Joseph Wiesman | 75.83 | 80.00 | 84.17 | 76.67 | 79.17 |
| Kimberly Hill | 68.33 | 80.00 | 82.50 | 70.83 | 75.42 |



WPE: Written Problem Exercise
SOP: Structured Oral Presentation

CIE: Citizen Interaction Exercise
SOPS: Structured Oral Presentation Simulation

## Narrative

**Candidate: Matthew Dickey**

**Overall Score:** **75.00**

Matt Dickey's written exercises were well done and nicely organized. His written responses were good and showed thoughtfulness.

In the oral presentations, he talked about his leadership style of teambuilding and trusting people. Matt is very proud of attaining the rank of lieutenant and enjoys his current assignment in strategic planning. He values fairness and treating citizens and employees respectfully. He spoke about wanting to become more organized, indicating that his span of control and workload are vast and heavy, making organizational skills important. He works very diligently to organize his work, make evaluations and frequently conduct status checks. He also mentioned that he works hard on his time management techniques appreciating the value of time.

The Lieutenant sees himself as someone who has a reputation of being professional along with working very hard to be an example in his appearance and work ethic. We saw someone who is intelligent, hardworking, bright and capable. If promoted, he wants to continue to serve the public and look out for the wellbeing of the community. There is no question he enjoys knowing people and spending time with them.

When asked about his expectations of others, he said, "I expect all of my people to be professionals." In addition, he expects sergeants, as supervisors, to be involved with their people. As a police leader, Matt has learned the value of data-driven analysis. Further, he believes people should always try to do the right thing, and he has difficulty tolerating things that are done out of laziness or lack of concern for the public.

### Demonstrated Traits
- Strong analytical skills
- Problem solving
- Project management
- Teamwork
- Self management
- Planning and organizing
- Dependability

## Narrative

**Candidate:  Eric Henderson**

**Overall Score:  89.58**

This candidate performed very well in each of the exercises. Eric demonstrated that he was poised, polished, competent and capable. He was extremely professional and left a very positive impression.

Eric describes his leadership style as "servant leadership." He told us he strives for perfection and takes his role as a servant to the community and officers seriously. He states his responsibility is to provide support resources to the officers within the department. He is extremely proud of his professional accomplishments which include his involvement with the regional dispatch transition. He pointed to the fact that the change was extremely complicated and complex. This is a man who values integrity and has strong ethical principles. With regard to areas that he would like to improve, Eric mentioned the ability to delegate and public speaking. Eric sees himself as someone who is fair, honest and consistent.

His oral presentations were interesting, informative and well done overall. We would describe him as someone who is capable, creative and well spoken. It is obvious that he has a great deal of common sense, intelligence and stays well informed. His personality was easygoing, and he demonstrated enthusiasm and excitement. His responses to questions were practical and interesting. He told us that he would lead by treating citizens and officers with respect and integrity. He has high expectations of himself and others and believes it is important to be an advocate for employees and citizens alike--recognizing and rewarding people along with setting a good example.

### Demonstrated Traits
- Problem-solving skills
- Communication skills and techniques
- Customer service
- Teamwork
- Delegation
- Visionary leadership
- Ethics
- Judgment and common sense
- Motivation
- Planning and organizing
- Adaptability

Assessment Center Final Report | 6/9/2016

7

## Narrative

**Candidate:  Wendy Stiver**

**Overall Score:    84.79**

Wendy Stiver performed well in each of the exercises. We observed a candidate who is extremely knowledgeable, creative, innovative and smart. She demonstrated exceptional public relations skills and provided sound examples. She explains concepts and ideas very well. It is obvious that she knows the department, herself and is a student of human behavior.

Throughout all of the exercises, she demonstrated strong administrative skills, dedication and commitment to the citizens and to the employees of the department. She talked about her leadership style of being "compassion," defining it as two words--compassion and passion. She stated a passion for the job, the people and the community mixed with compassion (understanding) for honest mistakes and recognizing that people are not perfect. She spoke with compassion about learning from mistakes, growing and developing as an individual.

Wendy has a strong belief in integrity and mentioned how it can be tested by others in many different ways. She is honest, ethical, fair, approachable and dedicated while striving to improve in the area of accountability and follow up. She mentioned that she trusts people to do the job, but at times has found that it is important to follow up to see that they have completed the task.

She is a big believer in training and creating an environment for success. Her philosophy includes the belief that every single member of the organization is a leader in some capacity. Respect and fairness are extremely important to her. She said, "I feel that we should treat all employees as we expect them to treat the public--with dignity, respect and fairness."

### Demonstrated Traits
- Intuition
- Experience
- Communication skills
- Project management skills
- Customer service
- Leadership
- Cost consciousness
- Diversity
- Organizational support
- Judgment
- Adaptability
- Dependability
- Initiative

# Narrative

**Candidate:  Joseph Wiesman**                                    **Overall Score:    79.17**

Lieutenant Wiseman sees himself as a transformational leader.  He explained that different styles of leadership work well depending on the circumstances.  He stated his professional accomplishments include capability in analyzing problems and working to improve situations by making the environment better for the employees and citizens.  He enjoys identifying problems and working toward improvement.  He discussed his strong value system and his deep faith.

When asked about challenges, he mentioned concern about staffing levels in the department.  He is concerned about employees' ability to get time off and the need for additional police vehicles once manpower increases.

Joe sees himself as professional, a good listener, someone who pays attention and seeks input and improvement.  The candidate told us that as a Major he would pay attention to giving support and respect to all people.  He would emphasize being responsible and putting forth a team effort.  He would lead by example, be participative in neighbor events and meetings, along with being a cheerleader for officers.  He will continue to find ways to improve police and citizen relations recognizing that it is important that people have vision, confidence and take risks despite possible failure.

He has high expectations of himself and others expecting hard work and continued improvement.  He wants to spend time leading by example, rewarding and recognizing people who do the job.  He believes it is important to hold employees accountable and encourage them to do the right thing.

## Demonstrated Traits
- Command presence, positive impression
- Decision-making ability
- Common sense, good judgment
- Interpersonal insight
- Decisiveness
- Planning and organizing
- Professionalism
- Dependability

# Narrative

**Candidate:  Kimberly Hill**

**Overall Score:  75.42**

We found Kimberly Hill to be very pleasant and sincere throughout all the exercises. She demonstrated common sense and good judgment. Kim sees herself as a transformational leader and values the importance of how the community views the police. She is proud of her efforts to oversee the reorganization of a police division within the department and her growth and maturity in the area of delegating, planning and teambuilding.

She regrets not being able to spend more time with her family as they are extremely important to her. She discussed the importance of integrity, "the standard for all that you do." She told the assessors that she wants to be more relaxed and work on having more spontaneity. When asked to describe herself, she responded, "strong, fair and stable" mentioning that she is good at making order out of chaos and she has developed sound credibility with others.

This candidate is very unassuming at times and quiet. Kim told us that external and internal legitimacy are necessary and important to the organization. She wants personnel to feel respected and valued. She believes in preparation and planning and confronting challenges honestly, intelligently and respectfully.

## Demonstrated Traits

- Resilience
- Dependability
- Professionalism
- Interpersonal skills
- Teamwork
- Customer service
- Diversity
- Ethics