

# AFFIDAVIT OF SHELLEY DICKSTEIN

STATE OF OHIO )
) ss:
COUNTY OF MONTGOMERY )

Shelley Dickstein, after being duly cautioned and sworn, states the following:

1. I have personal knowledge of all information contained in this affidavit, I am competent to testify to all of the facts contained in this affidavit, and to testify to all matters stated herein.

2. I am currently the City Manager for the City of Dayton, Ohio.

3. As City Manager for the City of Dayton, I have hiring authority over selection for the position of Major with the City of Dayton Police Department.

4. In March of 2016, a position opening for the position of Major within the Police Department was posted by the Human Resources Department with the Minimum Educational Qualifications of a Bachelor's Degree in Criminal Justice, Law Enforcement, or a related field.

5. I did not state to anybody that these qualifications disqualified Lieutenant Kimberly A. Hill from applying for the position of Major, nor am I aware that anybody within the Human Resources Department at the time of the posting stated that Lt. Hill did not meet the qualifications.

6. In the end of May of 2016, the position was reposted and Lt. Hill was specifically advised that her degree was in a "related field" as the City of Dayton interprets the educational requirements language in the job description.

7. Lt. Hill and five other candidates applied for the position of Major. One candidate, a white male, had an associate's degree only and therefore did not meet the minimum qualifications for the position. The remaining candidates participated in an interview process, and completed exercises at



an Assessment Center to be evaluated by independent members of the law enforcement community.

8. After a review of all the information provided to me concerning the five remaining candidates, including the application, resumes, interviews and recommendations of an interview panel, as well as the evaluations and scores on the Assessment Center exercises, I determined that Lieutenants Wendy Stiver and Eric Henderson were the best candidates to be promoted to the Major position in the Police Department.

9. My decision to promote those candidates and not select Lt. Hill for the positions was not based upon Ms. Hill's race, gender, age or in retaliation against her for any reason.

10. I am not aware of any evidence that Lt. Hill has been subjected to demeaning or harassing conduct based upon Lt. Hill's race, gender, age, or in retaliation against her by the City of Dayton Police Department.

Further affiant sayeth naught,

_Shelley Dickstein_
Shelley Dickstein

Sworn to before me, a Notary Public in and for the State of Ohio, and subscribed in the presence by the said Shelley Dickstein this 16th day of August, 2016.

_Gina M. Mabelitini_
Notary Public

GINA M. MABELITINI, Notary Public
In and for the State of Ohio
My Commission Expires 11-2-16

2