# EMPLOYEE ACTION FORM
## City of Dayton

| Pay ID | PF | | | | | |
|---|---|---|---|---|---|---|
| Employee ID No. | 25253 | Last Name: Henderson | First Name: Eric | Middle Initial: A. | Effective dd – month – yy Date: 08-Aug-16 | |
| CURRENT | Posi. (T.O.) No. 7711 | Position Classification: Police Lieutenant | | Division: West Patrol Operations | | |

**REASON FOR CHANGE** (Check only those that apply.)
- [ ] New Appointment
- [ ] Re-Appointment
- [x] Promotion
- [ ] Transfer
- [ ] Demotion – Voluntary
- [ ] Demotion – Involuntary
- [ ] Reclassification
- [ ] Step Increase
- [ ] Merit Increase
- [ ] Rate Change
- [ ] Assignment Maintenance/Pay
- [ ] Reduction in Force
- [ ] Resignation
- [ ] Resignation Under Charges
- [ ] Deceased
- [ ] Retirement
- [ ] Disability Retirement
- [ ] Probationary Discharge
- [ ] Discharge
- [ ] End of Temp. appt.
- [ ] Change in Type of Appt.
- [ ] Payroll Data Change
- [ ] Adjust Service Date
- [ ] Leave Status
- [ ] Add/Delete Premium Pay
- [ ] Add/Delete Automatic Earning
- [ ] Add/Delete Other Earnings
- [ ] Change in Labor Distribution
- [ ] Other: Specify

INSTRUCTIONS: The above sections must be completed each time an Employee Action Form is submitted. In sections below, only complete information that is changing. ALL P-1'S MUST BE TYPED.

| NEW POSITION No. (T.O.) 7112 | Req. No 644M | Posn. Classification: Major | Grade A16 | Step | Hrly. Rate $45.44 | TYPE OF APPOINTMENT [x] Full time [ ] Part Time | [ ] Temporary [ ] Seasonal | [ ] Co-Op |
|---|---|---|---|---|---|---|---|---|

| ORGANIZATION HOME: 10000 | Org. Code 6243 | Division: West Patrol Operations | DATE OF NEXT STEP | dd – month – yy |
|---|---|---|---|---|
| ORGANIZATION TIMESHEET 10000 | Org. Code 6210 | Division: Director's Office | TERMINATION Vac. Hours Due | Last Date Worked dd – month – yy |
| | | To: (Last Date of Absence) | Comp. Time Due 175.15 | |
| LEAVE STATUS From: (First Date of Absence) | | | Sick Hours Due | Paid Through |

**LEAVE REQUESTED**
- [ ] Injury Leave
- [ ] Military Leave
- [ ] Leave of Absence
- [ ] Suspension
- [ ] AWOL

**PAY STATUS**
- [ ] Full Pay
- [ ] Without Pay
- [ ] Partial Pay __%

Calendar Days of Leave
Work Days of Leave
Date of Actual Return      dd – month – yy

**ADJUSTED SERVICE DATES**
Seniority _____
Longevity _____
Supplemental Vacation _____

**PREMIUM PAY** (Used for permanent assignment only.)
Add  Delete  Amt./Hr.
[ ] [ ] _____ Fire 40 Hour Assign. Pay
[ ] [ ] _____ Police Shift Differential

Add Delete Amt./Hr.
[ ] [ ] _____ Shift Differential 2nd
[ ] [ ] _____ Shift Differential 3rd
[ ] [ ] _____ Other

**AUTOMATIC EARNINGS** (Earnings that automatically appear on time sheet.)
ADD  DELETE
[ ] [ ] Clothing Allowance
[ ] [ ] Platoon Shift Factor (Airport)
[ ] [ ] Platoon Shift Factor (Fire)
[ ] [ ] Fire PSM Pay
[ ] [ ] Executive Car Allowance

**OTHER QUALIFIED EARNINGS**
ADD  DELETE
[ ] [ ] Mileage Reimbursement
[ ] [ ] Educational Incentive  Degree _____ Classification _____ Amount _____
[ ] [ ] Plus Rate _____
[ ] [ ] Plus Rate _____
[x] [ ] Other  Cell phone allowance $23.08 per pay period.

**REMARKS:** Old Rate 41.60  (3.84) 7987.20 / 94,515.20
Lt. Henderson is to be promoted to the rank of Major effective August 8, 2016.

| Approved | Disapproved | | Approved | Disapproved | |
|---|---|---|---|---|---|
| [x] | [ ] | Division Manager / Date | [x] | [ ] | Director of Human Resources / Date |
| [x] | [ ] | Department Director / Date 8/4/16 | [ ] | [ ] | City Manager / Date |

P-1-S-55

DISTRIBUTION: SEND ALL COPIES TO HUMAN RESOURCES DEPARTMENT

AUG 1 0 2016



EXHIBIT G