# EMPLOYEE ACTION FORM
## City of Dayton

**Pay ID:** PF

**Employee ID No.:** 25263
**Last Name:** Stiver
**First Name:** Wendy
**Middle Initial:** H.
**Effective Date:** 8-August-2016

**CURRENT**
**Posi. (T.O.) No.:** 7207
**Position Classification:** Police Lieutenant
**Division:** Director's Office

### REASON FOR CHANGE (Check only those that apply.)
- [ ] New Appointment
- [ ] Re-Appointment
- [x] Promotion
- [ ] Transfer
- [ ] Demotion – Voluntary
- [ ] Demotion – Involuntary
- [ ] Reclassification
- [ ] Step Increase
- [ ] Merit Increase
- [ ] Rate Change
- [ ] Assignment Maintenance/Pay
- [ ] Reduction in Force
- [ ] Resignation
- [ ] Resignation Under Charges
- [ ] Deceased
- [ ] Retirement
- [ ] Disability Retirement
- [ ] Probationary Discharge
- [ ] Discharge
- [ ] End of Temp. appt.
- [ ] Change in Type of Appt.
- [ ] Payroll Data Change
- [ ] Adjust Service Date
- [ ] Leave Status
- [ ] Add/Delete Premium Pay
- [ ] Add/Delete Automatic Earning
- [ ] Add/Delete Other Earnings
- [ ] Change in Labor Distribution
- [ ] Other: Specify

**INSTRUCTIONS:** The above sections must be completed each time an Employee Action Form is submitted. In sections below, only complete information that is changing. ALL P-1'S MUST BE TYPED.

**NEW POSITION No. (T.O.):** 7115
**Req. No:** 723M
**Posn. Classification:** Police Major
**Grade:** A16
**Step:**
**Hrly. Rate:** 45.44
**TYPE OF APPOINTMENT:** [x] Full time [ ] Part Time [ ] Temporary [ ] Seasonal [ ] Co-Op

**DATE OF NEXT STEP:** dd – month – yy

**ORGANIZATION HOME:** 10000
**Org. Code:** 6242
**Division:** Central Patrol Operations

**ORGANIZATION TIMESHEET:** 10000
**Org. Code:** 6210
**Division:** Director's Office

**TERMINATION**
Vac. Hours Due: –
Comp. Time Due: 175.97
Sick Hours Due: –
Last Date Worked:
Paid Through:

**LEAVE STATUS From:** (First Date of Absence) **To:** (Last Date of Absence)

### LEAVE REQUESTED
- [ ] Injury Leave
- [ ] Military Leave
- [ ] Leave of Absence
- [ ] Suspension
- [ ] AWOL

### PAY STATUS
- [ ] Full Pay
- [ ] Without Pay
- [ ] Partial Pay __%

Calendar Days of Leave
Work Days of Leave
Date of Actual Return

**ADJUSTED SERVICE DATES**
Seniority:
Longevity:
Supplemental Vacation:

**PREMIUM PAY** (Used for permanent assignment only.)
Add / Delete / Amt./Hr.
- Fire 40 Hour Assign. Pay
- Police Shift Differential
- Shift Differential 2nd
- Shift Differential 3rd
- Other

**AUTOMATIC EARNINGS** (Earnings that automatically appear on time sheet.)
ADD / DELETE
- Clothing Allowance
- Platoon Shift Factor (Airport)
- Platoon Shift Factor (Fire)
- Fire PSM Pay
- Executive Car Allowance

**OTHER QUALIFIED EARNINGS**
ADD / DELETE
- Mileage Reimbursement
- Educational Incentive — Degree Classification — Amount
- Plus Rate
- Plus Rate
- [x] Other — Cell Phone Allowance $23.08 per pay period.

**REMARKS:** Old Rate: 41.60 (3.84) 79,87.20 / 94,515.20
Employee will be promoted to Major effective August 8, 2016.

Approved / Disapproved — Division Manager / Date
Approved / Disapproved — Department Director / Date
Approved / Disapproved — Director of Human Resources / Date
Approved / Disapproved — City Manager / Date

P-1-S-55

**EXHIBIT H**

DISTRIBUTION: SEND ALL COPIES TO HUMAN RESOURCES DEPARTMENT