

*Governor John Kasich*

February 23, 2017

Kimberly A. Hill
19 Hawthorn Street
Dayton, Ohio 45402

Len Bazelak, Esq.
City of Dayton
Law Dept. & Civil Division
101 West 3rd Street
P.O. Box 22
Dayton, Ohio 45402

## LETTER OF DETERMINATION
### Kimberly A. Hill v. City of Dayton, Police Department
### (DAY) A6 (25679) 05102016; 22A 2016 01855C

OHIO
CIVIL RIGHTS
COMMISSION

G. Michael Payton
*Executive Director*

Commissioners
Leonard Hubert
*Chairman*

William W. Patmon III
Lori Barreras
Madhu Singh
Juan Cespedes

DAYTON
REGIONAL OFFICE
Point West III
3055 Kettering Blvd
Suite 111
Moraine, Ohio 45439
(937) 285-6500 Phone
(888) 278-7101 Toll Free
(937) 285-6606 Fax
www.crc.ohio.gov

**SUMMARY OF ALLEGATIONS:**
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging that Respondent engaged in unlawful discriminatory practices. All jurisdictional requirements for filing a charge had been met.

**FINDINGS OF FACT:**
After receiving the charge, the Commission conducted an investigation into Charging Party's allegation against Respondent. During its investigation, the Commission gathered relevant information. Based upon its investigation, the Commission found no information or records that would raise an inference that Respondent unlawfully discriminated against Charging Party. Specifically, the Commission was unable to prove that the Respondent had taken any adverse action against the Charging Party because of a protected basis. The Charging Party has been promoted to the rank of Sergeant and Lieutenant during her tenure with the Respondent. The Commission was unable to prove that the Respondent changed the requirements for the Major position to disqualify Charging Party from consideration for this position. The Commission's investigation was unable to determine that the Respondent engaged in unlawful discriminatory conduct that resulted in a hostile work environment. The Commission finds no credible information supporting Charging Party's allegation of unlawful activity.

**DECISION:**
Based on the investigation conducted in this matter, the Ohio Civil Rights Commission has determined that there is **NO PROBABLE CAUSE** for the Commission to issue an administrative complaint accusing Respondent of an unlawful discriminatory practice. Consequently, the Commission hereby orders that this matter be **DISMISSED**.

FOR THE COMMISSION

Kathy Haley Ross
Dayton Regional Supervisor

C: Chandra Brown, Esq.

EXHIBIT I