


EXHIBIT
L

May 18, 2017

Governor John Kasich

Kimberly Hill
19 Hawthorn St.
Dayton, OH 45402

Chief Richard Biehl
City of Dayton, Police Department
335 W. 3rd St.
Dayton, OH 45402

## LETTER OF DETERMINATION UPON RECONSIDERATION
Kimberly A. Hill v City of Dayton, Police Department
DAY 76(25715)05262016; 22A 2016 01977C

**OHIO CIVIL RIGHTS COMMISSION**

G. Michael Payton
*Executive Director*

**Commissioners**
Leonard Hubert, *Chairman*
Lori Barreras
Juan P. Cespedes
William W. Patmon, III
Madhu Singh

### SUMMARY OF ALLEGATIONS:
Charging Party filed a charge of discrimination with the Ohio Civil Rights Commission alleging that Respondent engaged in an unlawful discriminatory practice. All jurisdictional requirements for filing a charge have been met.

After receiving the charge, the Commission conducted an investigation into Charging Party's allegation against Respondent. During its investigation, the Commission gathered relevant information. Based upon its investigation, the Commission found no information or records that would raise an inference that Respondent unlawfully discriminated against Charging Party on the basis of her race or in retaliation for engaging in a protected activity. As a result, the Commission entered into its records a finding of No Probable Cause.

After the finding of No Probable Cause, Charging Party applied for reconsideration of the Commission's decision. The Commission granted Charging Party's application, and has conducted a reconsideration of its original No Probable Cause decision.

### FINDING OF FACT:
Upon reconsideration, the Commission re-examined the information gathered during its original investigation and reviewed additional information provided by the parties. After reconsideration, the Commission finds that there was enough information to show Charging Party was subjected to discrimination based on her membership in a protected class(es).

### DECISION
The Ohio Civil Rights Commission determines that it is **PROBABLE** that Respondent engaged in unlawful discriminatory practices under Ohio Revised Code Section 4112. The Commission hereby orders that this matter be scheduled for **CONCILIATION**.

CLEVELAND
REGIONAL OFFICE
Frank J. Lausche
State Office Building
615 West Superior Ave.
Suite 885
Cleveland, OH 44113
(216) 787-3150 Phone
(888) 278-7101 Toll Free
(216) 787-4121 Fax
www.crc.ohio.gov

AKRON | CINCINNATI | CLEVELAND | COLUMBUS | DAYTON | TOLEDO

Kimberly A. Hill v City of Dayton, Police Department
DAY 76(25715)05262016; 22A 2016 01977C
Page: 2

FOR THE COMMISSION,

Vera F. Boggs
Regional Director

cc: Charging Party Representative:
Chanda L. Brown
Walton + Brown LLP
395 E. Broad Street, Suite 200
Columbus, Ohio 43215

Respondent Representative:
Leonard J. Bazelak
Department of Law, Civil Division
City of Dayton
101 West Third Street
Dayton, Ohio 45401