# Ecton, Mark

**From:** Ecton, Mark
**Sent:** Friday, September 02, 2016 11:53 AM
**To:** Hill, Kimberly
**Subject:** Re: PSB Vehicles

I gave Rike a Taurus and offered Smith a Focus. I did a bit of horse trading to get what they got because your shop was not in line for cars. I TOOK a car from CPOD and WPOD to give to two senior people in PSB because I thought they were deserving. It's been moving so fast that I hadn't had the time to tell you and I planned to discuss with you in our weekly meeting today at 10:00 am to hat didn't take place.

Lt. Colonel Mark Ecton
Assistant Chief of Police

Sent from my IPhone

On Sep 2, 2016, at 11:39 AM, Hill, Kimberly <Kimberly.Hill@daytonohio.gov> wrote:

> Colonel,
>
> PSB received two new vehicles yesterday. Powers, Reboulet and Rike took it upon themselves to determine who would receive what vehicles. Reboulet advised me late yesterday afternoon of the changes. I was not happy then – and obviously I'm not happy now. I will handle any resource allocations unless I delegate that task. This is indicative of the blatant disrespect and disregard I've received since I've been here. It needs to stop.
>
> PSB,
> I will reassign vehicles when Daryl returns from vacation.
>
> Thank you.




EXHIBIT R