# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: June 29, 2020

Mr. Leonard James Bazelak
City of Dayton
P.O. Box 22
Dayton, OH 45401

Ms. Chanda Brown
Walton Brown
395 E. Broad Street
Suite 200
Columbus, OH 43215

Re: Case No. 19-4123, *Kimberly Hill v. Dayton Police Department, et al*
Originating Case No. : 3:17-cv-00334

Dear Sir or Madam,

   The Court issued the enclosed (Order/Opinion) today in this case.

>     Sincerely yours,
>
>     s/Connie A. Weiskittel
>     Mediation Administrator

cc:  Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 19-4123

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

KIMBERLY HILL, Lieutenant

    Plaintiff - Appellant

v.

DAYTON POLICE DEPARTMENT; RICHARD BIEHL, Chief of the Dayton Police Department

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: June 29, 2020